## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CITY OF EAST POINT, GEORGIA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  1:19-cv-03766-CAP |
| v. | ) ) | |
| KINSALE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff City Of East Point, Georgia ("Plaintiff" or "East Point") and Defendant Kinsale Insurance Company ("Defendant" or "Kinsale"), and pursuant to F.R.C.P. 41(a)(1)(A)(ii) hereby stipulate and voluntarily dismiss this action, including both parties' claims, without prejudice.  The Parties shall each bear their own costs and expenses as against each other.

Respectfully submitted this 31st day of January, 2023.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| LINDSEY & LACY, PC | CLYDE & CO US LLP |
| /s/ W. Thomas Lacy, Jr. | /s/  Sergio Bueno          . |
| W. Thomas Lacy, Jr. | Sergio Bueno |
| Georgia Bar No. 431032 | *Admitted Pro Hac Vice* |
| 200 Westpark Drive, Suite 280 | Eric Benedict |
| Peachtree City, Georgia 30269 | Georgia Bar No. 8907008 |
| Phone: (770) 486-8445 | Clyde & Co US LLP |

| | |
|---|---|
| Fax: (770) 486-8889<br>tlacy@llptc.com | 271 17th Street, Suite 1720<br>Atlanta, Georgia 30363<br>Telephone: (404) 410-3150<br>Facsimile: (404) 410-3151<br>Sergio.Bueno@clydeco.us<br>Eric.Benedict@Clydeco.com |

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

This is to certify that I electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE* (which has been prepared in Times New Roman, 14-point font, pursuant to Local Rule 5.1(C), N.D. GA.) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Sergio Bueno
Eric Benedict
CLYDE & CO US LLP
271 17th Street, Suite 1720
Atlanta, Georgia 30363
Sergio.Bueno@clydeco.us
Eric.Benedict@Clydeco.com

Respectfully submitted, this 31st day of January, 2023.

LINDSEY & LACY, PC

 */s/   W. Thomas Lacy, Jr.*
W. Thomas Lacy, Jr.
Georgia Bar No. 431032

200 Westpark Drive, Suite 280
Peachtree City, Georgia 30269
Phone: (770) 486-8445
Fax: (770) 486-8889
tlacy@llptc.com
*Attorney for Plaintiff*